IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **GARY KEIFER** | § | |
| | § | |
| **VS.** | § | CIVIL ACTION NO. 2:15-cv-0023 |
| | § | |
| **PASCHALL TRUCK LINES, INC. and** | § | |
| **DARRIUS BARLOW** | § | |

## DEFENDANTS, PASCHALL TRUCK LINES, INC and DARRIUS BARLOW'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **PASCHALL TRUCK LINES, INC and DARRIUS BARLOW**, hereby removes this action to the United States District Court for the Southern District of Texas from the 36th Judicial District Court of San Patricio County, Texas, stating as follows:

1.   Plaintiff, Gary Keifer, commenced this action in the 36th Judicial District Court of San Patricio County, Texas, where it was given Cause No. S-14-6312CV-A.   This action is between citizens of different states.   Plaintiff is a resident of Texas.   Defendant Paschall Truck Lines, Inc. is a Kentucky Corporation and Defendant Darrius Barlow is a resident of Georgia.   Further, Plaintiff claims damages for serious personal injury and is seeking damages of $1,000,000.   Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2.   Defendants, Paschall Truck Lines, Inc. and Darrius Barlow received the summons and complaint on February 25, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

{03246243.DOC / }
97700-55

3. A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 36th Judicial District Court of San Patricio County, Texas.

5. Defendants Paschall Truck Lines, Inc. and Darrius Barlow consents to the removal.

Dated: _____, 2015

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___13___ day of March 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

**E-Filing Notification System:**
Thomas J. Henry
Wade B. Reese
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601
wreese-svc@tjhlaw.com

**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN

{03246243.DOC / }
97700-54

3